**Order entered May 8, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00065-CR

**THE STATE OF TEXAS, Appellant**

**V.**

**ELIANA SAUCEDO, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. WX13-90032-U**

## ORDER

The clerk's record filed in this case does not contain a copy of the trial court's December 31, 2014 order granting the applicant's application for writ of habeas corpus. Instead, the clerk's record contains a copy of the similar order the trial court signed in *Ex parte Ryan Edward Schuller*, cause no. 05-15-00064-CR.

We **ORDER** the Dallas County District Clerk to file, within **TEN DAYS** of the date of this order, a supplemental clerk's record containing the trial court's December 31, 2014 order granting applicant's application for writ of habeas corpus.

/s/     BILL WHITEHILL
         JUSTICE